IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                         PLAINTIFF

v.                                      NO. 4:12CR00177-001 KGB

LEODIS RANDLE                                                                                    DEFENDANT

## ORDER

Pending before the Court is the motion filed by Assistant Federal Public Defender Lisa G. Peters to be relieved as counsel of record for defendant Leodis Randle (Dkt. No. 52). Good cause having been shown, the motion is GRANTED.

IT IS THEREFORE ORDERED that CJA Panel Attorney Patrick L. Spivey is hereby appointed to represent defendant Leodis Randle in all further proceedings. Assistant Federal Public Defender Lisa G. Peters is relieved from any further representation of the defendant in this matter.

IT IS SO ORDERED this 22nd day of May, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE