**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Case No. 4:12-cr-00177-KGB-2**

**AHMAD WAHEED** **DEFENDANT**

# ORDER

Before the Court is the United States' motion to dismiss indictment (Dkt. No. 91). Based upon representations made by the Assistant U.S. Attorney assigned to this case, the United States requests that both the original indictment (Dkt. No. 1) and the superseding indictment (Dkt. No. 45) be dismissed as to defendant Ahmad Waheed, who is presently charged in Count 1. Pursuant to Federal Rule of Criminal Procedure 48(a), the original indictment and superseding indictment are dismissed as to Mr. Waheed.

SO ORDERED this 14th day of February, 2014.

Kristine G. Baker

Kristine G. Baker
United States District Judge